# Court of Appeals
# of the State of Georgia

ATLANTA,  December 07, 2018

*The Court of Appeals hereby passes the following order:*

## A19A0707.  CHRISTY L. GRAILER v. SHANNON D. JONES.

Christy L. Grailer, on behalf of her minor child, filed a petition for a family violence protective order against her ex-husband, the child's father, Shannon D. Jones. Following a hearing, Grailer's petition was dismissed. Thereafter, the trial court awarded Jones attorney fees pursuant to OCGA § 9-15-14, finding that Grailer had brought the petition solely to harass Jones. Grailer then filed this direct appeal. We lack jurisdiction.

Appeals of orders in domestic relations cases – including actions arising under the Family Violence Act – must be initiated by filing an application for discretionary appeal. See OCGA § 5-6-35 (a) (2); *Schmidt v. Schmidt*, 270 Ga. 461, 461-462 (1) (510 SE2d 810) (1999). Moreover, an appeal from a trial court order awarding § 9-15-14 attorney fees must also be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (10); *Capricorn Systems, Inc. v. Godavarthy*, 253 Ga. App. 840, 841-842 (560 SE2d 730) (2002). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).

Grailer's failure to follow the required appellate procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,    12/07/2018          *
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*